IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD KOOKER,<br>Derivatively on Behalf of<br>HECLA MINING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>PHILLIPS S. BAKER, JR.,<br>LINDSAY A. HALL, LAWRENCE<br>P. RADFORD, THEODORE<br>CRUMLEY, CATHERINE J.<br>BOGGS, GEORGE R. JOHNSON,<br>GEORGE R. NETHERCUTT, JR.,<br>STEPHEN F. RALBOVSKY,<br>TERRY V. ROGERS, and<br>CHARLES B. STANLEY,<br><br>Defendants,<br><br>and<br><br>HECLA MINING COMPANY,<br>a Delaware corporation.,<br><br>Nominal Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 19-1299-CFC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Whereas, the Court dismissed the amended complaint in its October 27, 2020 Memorandum Opinion and Order and directed Plaintiff to seek leave to file a second amended complaint by November 10, 2020 or else the case would be closed; and

Whereas, Plaintiff has not sought leave to file a second amended complaint;

Now therefore, at Wilmington this 18th day of November in 2020, IT IS ORDERED that the Clerk of Court is directed to close the case.

_____
United States District Judge